No. 93–849.  BLAIR v. GRAHAM CORRECTIONAL CENTER ET AL. C. A. 7th Cir.  Certiorari denied.

No. 93–851.  BLACKMON v. WAL-MART STORES, INC., DBA SAM'S WHOLESALE CLUB.  C. A. 11th Cir.  Certiorari denied.

No. 93–858.  SOUTH CAROLINA v. GRIFFIN.  Sup. Ct. S. C.  Certiorari denied.

No. 93–859.  EISENBART v. WISCONSIN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 93–870.  LEVALD, INC. v. CITY OF PALM DESERT.  C. A. 9th Cir.  Certiorari denied.

No. 93–877.  GRACEY v. DAY.  C. A. 3d Cir.  Certiorari denied.

No. 93–881.  HAUGEN ET AL. v. BUTLER MACHINERY, INC. C. A. 8th Cir.  Certiorari denied.

No. 93–882.  TILTON v. RICHARDSON ET AL.  C. A. 10th Cir. Certiorari denied.

No. 93–887.  ROYAL THAI GOVERNMENT v. BELTON INDUSTRIES, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 93–889.  DESAMBOURG ET AL. v. PLAQUEMINES PARISH GOVERNMENT OF LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 93–891.  LOCAL 18, INTERNATIONAL UNION OF OPERATING ENGINEERS v. SHIMMAN.  C. A. 6th Cir.  Certiorari denied.

No. 93–896.  MONGA ET VIR v. GLOVER LANDING CONDOMINIUM TRUST ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 93–897.  CONCORDIA COLLEGE CORP. v. W. R. GRACE & CO. ET AL.  C. A. 8th Cir.  Certiorari denied.